AKERMAN SENTERFITT LLP
JUSTIN D. BALSER (CA SBN 213478)
Email: justin.balser@akerman.com
DONALD M. SCOTTEN (CA SBN 190532)
Email: donald.scotten@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

AKERMAN SENTERFITT LLP
JUSTIN D. BALSER (CA SBN 213478)
Email: justin.balser@akerman.com
The Kittredge Building
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile:  (303) 260-7714

Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| IMELDA T. LOMBOY,<br><br>Plaintiff,<br><br>v.<br><br>SCME MORTGAGE BANKERS; B.E.Z. FINANCIAL NETWORK; AURORA LOAN SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; QUALITY LOAN SERVICES; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1-30, inclusive,<br><br>Defendants. | Case No. 3:09-cv-01160-SC<br>(The Hon. Samuel Conti)<br><br>**STIPULATION TO WAIVE ORAL ARGUMENT AND SUBMIT TO RULING ON THE PLEADINGS ON AURORA LOAN SERVICES LLC'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT;** [PROPOSED] **ORDER**<br><br>Date:  May 15, 2009<br>Time:  10:00 a.m.<br>Courtroom:  1<br><br>Complaint Filed: March 4, 2009<br>Trial Date: None |

1

**TO THE COURT AND THE PARTIES AND THEIR COUNSEL OF RECORD:**

WHEREAS, Defendant Aurora Loan Services LLC (**Aurora**) filed a Motion to Dismiss Plaintiff Imelda Lomboy's (**Plaintiff**) Complaint on March 23, 2009;

WHEREAS, Defendant Mortgage Electronic Registration Systems, Inc. (**MERS**) filed a Motion to Dismiss Plaintiff's Complaint on April 2, 2009;

WHEREAS, both Aurora's and MERS's Motions to Dismiss are fully briefed;

WHEREAS, the hearing on Aurora's and MERS's Motions to Dismiss had previously been scheduled for May 13, 2009, before the Hon. Edward M. Chen;

WHEREAS, on May 1, 2009, this case was reassigned from the Hon. Edward M. Chen to the Hon. Samuel Conti;

WHEREAS, as a result of the reassignment, the May 13, 2009 hearing on Aurora's and MERS's Motions to Dismiss was rescheduled for May 15, 2009;

WHEREAS, Plaintiff, Aurora, and MERS (collectively, the **Parties**) agree to waive oral argument on Aurora's and MERS's Motions to Dismiss and further agree to submit to the Court's ruling on the pleadings already filed,

NOW THEREFORE, the Parties hereby stipulate and agree to waive oral argument on Aurora's and MERS's Motions to Dismiss and to submit to the Court's ruling on the pleadings already filed.

Dated: May 5, 2009                                    Respectfully submitted,

**NOCOS LAW FIRM, PC**

By: /s/ *Reuben L. Nocos*
     Reuben L. Nocos
     Attorneys for Plaintiff
     IMELDA T. LOMBOY

2

STIPULATION TO WAIVE ORAL ARGUMENT AND SUBMIT TO RULING ON THE PLEADINGS ON AURORA LOAN SERVICES LLC'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER

**AKERMAN SENTERFITT LLP**

By: /s/ *Justin Balser*
    Justin D. Balser
    Donald M. Scotten
Attorneys for Defendant
AURORA LOAN SERVICES LLC

**HOUSER & ALLISON, PC**

By: /s/ *Joshua Abel*
    Eric D. Houser
    Joshua H. Abel
Attorneys for Defendant
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

(e-signatures per agreement of counsel)

The Court, having reviewed the Parties' Stipulation to Waive Oral Argument and Submit to the Court's Ruling on the Pleadings, hereby accepts Aurora's and MERS's submission of their respective Motions to Dismiss Plaintiff's Complaint for ruling on the pleadings. The May 15, 2009 hearing on Aurora's and MERS's Motions to Dismiss is hereby **VACATED**.



Hon. _____
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

3

STIPULATION TO WAIVE ORAL ARGUMENT AND SUBMIT TO RULING ON THE PLEADINGS ON AURORA LOAN SERVICES LLC'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER

# PROOF OF SERVICE BY E-MAIL OR ELECTRONIC TRANSMISSION

STATE OF COLORADO, CITY AND COUNTY OF DENVER

I am employed in the City and County of Denver, State of Colorado; I am over the age of 18 years and not a party to this action. My business address is 511 Sixteenth Street, Suite 420, Denver, Colorado 80202.

On May 5, 2009, I served the following document(s) described as:

**STIPULATION TO WAIVE ORAL ARGUMENT AND SUBMIT TO RULING ON THE PLEADINGS ON AURORA LOAN SERVICES LLC'S AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**

Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below:

| | |
|---|---|
| Reuben L. Nocos, Esq.<br>Nocos Law Firm, A Professional Corp.<br>1900 S. Norfolk Street, Suite 350<br>San Mateo, CA  94403<br>rlnocos@nocoslaw.com | Eric D. Houser, Esq.<br>Joshua H. Abel, Esq.<br>Houser & Allison, APC<br>9970 Research Drive<br>Irvine, CA  92618<br>ehouser@houser-law.com<br>jabel@houser-law.com |

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 5, 2009, at Denver, Colorado.

/s/Toni M. Domres
Toni M. Domres

{DN003587;1}