UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMELDA T. LOMBOY,<br><br>        Plaintiff,<br>   v.<br><br>SCME MORTGAGE BANKERS, et al.,<br><br>        Defendants. | No. C-09-1160 SC<br><br>ORDER TO SHOW CAUSE |

On June 26, 2009, counsel for Plaintiff Imelda Lomboy ("Plaintiff") failed to appear for a hearing in this case. The Court hereby issues this Order to Show Cause why this action should not be dismissed for failure for prosecute. Plaintiff must also show cause by certification of counsel filed by Monday, July 6, 2009. The Show-Cause Hearing is scheduled for Friday, July 10, 2009, at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Plaintiff's failure to appear at the Show-Cause Hearing will result in dismissal of the Complaint. Counsel for Defendants do not need to appear for the Show-Cause Hearing.

IT IS SO ORDERED.

Dated: June 26, 2009

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE